UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KENNETH TOLBERT,**

Plaintiff,

v. **No. 4:26-cv-00242-P**

**FIERCE XPRESS LLC,**

Defendant.

# ORDER

On July 30, 2026, the United States Magistrate Judge issued Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF. No 24. The FCR recommended that Plaintiff's Motion for Default Judgment be denied and the case be dismissed for lack of subject matter jurisdiction. ECF. No 24. Plaintiff filed an objection to the FCR on August 3, 2026. ECF No. 25.

The Court has conducted a *de novo* review of the following:

1. The pleadings and record;
2. The FCR of the United States Magistrate Judge (ECF No. 24);
3. The Plaintiff's written objections to the FCR (ECF No. 25); and
4. The applicable law.

The Court, having conducted a *de novo* of the FCR in accordance with 28 U.S.C. § 636(b)(1), concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts them as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's objection is **OVERRULED**, and the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**. Therefore, Plaintiff's Motion for Default Judgment (ECF No. 10) is **DENIED**.

If a court determines that dismissal of a claim is appropriate, it should be with prejudice if amending the claim would be futile or "the plaintiff has alleged his best case." *Jones v. Greninger*, 188 F.3d 322, 327 (5th Cir. 1999); *see Schiller v. Physicians Res. Group, Inc.,* 342 F.3d

563, 566 (5th Cir.2003). Therefore, all claims against Defendant are **DISMISSED with prejudice.** All other motions are hereby **DENIED** as **MOOT**.

**SO ORDERED** on this **18th day of August 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE